| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Cebull, Richard F. | 2. Court or Organization<br><br>District Court-Montana | 3. Date of Report<br><br>04/17/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>US District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>United States District Court<br>316 North 26th Street<br>Billings, MT 59101 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 APR 27 A 10: 55 FINANCIAL DISCLOSURE OFFICE

Cebull_Richard_F

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F. | 04/17/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F. | 04/17/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 2. MT St Dept Transportation Rev Gra Nt An tic Nts 2005 | A | Interest | J | T | Buy | 12/19 | J | | |
| 3. MT Univ Revs Higher Ed Facs ImptD | A | Interest | J | T | | | | | |
| 4. MT Fac Fin Auth Rev B Ds 2006 B X | A | Interest | K | T | | | | | |
| 5. Forsyth MT Pollution Ctl Rev Bds 2006 | A | Interest | K | T | Buy | 04/16 | J | | |
| 6. MT St Health Facs Auth RV B/D MBIA Sist ers of Charity | A | Interest | J | T | | | | | |
| 7. MT St Brd Hsg Single Family Mtg SER A-2 | A | Interest | J | T | | | | | |
| 8. MT St Brd Invt Workers Comp X | A | Interest | | | Redeemed | 12/01 | J | | |
| 9. MT St Higher Ed Student Assist Corp -Ser B X | A | Interest | J | T | | | | | |
| 10. MT Fac Fin Auth Rev Sr Living St Johns Lutheran - A X | A | Interest | J | T | | | | | |
| 11. MT ST Brd Hsg Single Fam Prog Bds 20 08A | A | Interest | J | T | Buy | 09/04 | J | | |
| 12. Allianz NFJ Div Value Fund Class C MF | A | Dividend | K | T | Buy (add'l) | 05/15 | K | | |
| 13. Columbia FundsSer Tr Small Cap Value II Cl C MF | A | Distribution | J | T | Buy (add'l) | 05/15 | J | | |
| 14. American Funds Growth Fund of America I nc MF | A | Dividend | J | T | | | | | |
| 15. Hartford Mutual Funds Inc Cap Apprec Fu nd Cl C MF | A | Distribution | J | T | | | | | |
| 16. Intel Corp CS | A | Dividend | J | T | | | | | |
| 17. Kayne Anderson Energy Total Return Fund | B | Distribution | J | T | Buy | 06/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F. | 04/17/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Qualcomm Inc CS | A | Dividend | | | Sold | 0515 | J | | |
| 19. St Mary Land & Exploraton CS | A | Dividend | J | T | | | | | |
| 20. Texas Insturments Inc CS | A | Dividend | J | T | | | | | |
| 21. Van Kampen Mid-Cap Growth Fd Cl C | | None | J | T | Buy | 05/15 | K | | |
| 22. Thornburg Investment Trust Intl Value Fd C l C | A | Dividend | J | T | Buy | 05/15 | K | | |
| 23. American Century MF New Opptys Il CL A | | None | | | Sold | 0515 | J | | |
| 24. Countrywide Cap V 7% GTD Cap Sec | | None | J | T | Buy | 12/08 | J | | |
| 25. Citigroup Inc. Ser AA PFD | A | Dividend | J | T | Buy | 07/22 | J | | |
| 26. Putnam Tax Exempt Income Fd MF | A | Dividend | | | Sold | 0515 | J | | |
| 27. Calamos Conv & High Income Fd Pfd Shs Ser Th X | A | Dividend | | | Redeemed | 12/18 | K | | |
| 28. Tamarack Invt Funds MM | A | Dividend | J | T | | | | | |
| 29. IRA #1 | D | Int./Div. | L | T | | | | | |
| 30. -Tamarck Invt Funds MM | | | | | | | | | |
| 31. -Seligman Value Fd Ser Inc Small Cap Value Cl C | | | | | | | | | |
| 32. -Allianz Nfj Dividend Value Fund Cl C DIVIDEND VAL CL C | | | | | | | | | |
| 33. -FT Double Play Oct 07 FT Eq Trust dtd 1 2/31/08 | | | | | | | | | |
| 34. -American Fund Growth Fund Amer Inc Cl C | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CebuⅡ, Richard F. | 04/17/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Goldman Sachs Trust Core Strctrd Large Cap Value Fd C | | | | | | | | | |
| 36. - Lord Abett Mid Cap Value Fd Inc Cl C | | | | | | | | | |
| 37. -ING Groep NV 7.375% Perp Hybrid Cap S ecs Pfd | | | | | | | | | |
| 38. -CIT Group Inc Internotes | | | | | | | | | |
| 39. -General Electric Capital Corp Med Nts St ep-up | | | | | | | | | |
| 40. BROKERAGE ACCT #2 | | | | | | | | | |
| 41. General Electric CS | A | Dividend | J | T | | | | | |
| 42. Johnson and Johnson CS | A | Dividend | J | T | | | | | |
| 43. Pfizer Inc CS | A | Dividend | J | T | | | | | |
| 44. Capital World Growth & Inc A | A | Dividend | J | T | | | | | |
| 45. Merrill Lynch Pfd Capital Trust III | A | Interest | J | T | | | | | |
| 46. IRA #2 | F | Int./Div. | P1 | T | | | | | |
| 47. -Discovery Bank CD | | | | | Redeemed | 2/29 | M | | |
| 48. -Crescent Bank CD | | | | | Redeemed | 01/18 | M | | |
| 49. -Heritage Bank CD | | | | | Buy | 01/25 | M | | |
| 50. -Washington Mutual Bank CD | | | | | Redeemed | 02/25 | M | | |
| 51. -Washington Mutual Bank CD | | | | | Buy | 03/03 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. -Washington Mutual Bank CD | | | | | Redeemed | 12/05 | M | | |
| 53. -Savannah Bank CD | | | | | Redeemed | 02/27 | L | | |
| 54. -Parkway Bank & Trust CD | | | | | Buy | 02/28 | M | | |
| 55. -GE Money Bank CD | | | | | Buy | 12/15 | M | | |
| 56. -Capital World Growth & Income Fund Cl A MF | | | | | Buy | 02/28 | L | | |
| 57. -American Fds American Mutual Fd Cl A | | | | | Sold | 11/13 | K | E | |
| 58. -American Fds Bond Fund of America Cl A MF | | | | | | | | | |
| 59. -American Fds Europacific Growth Fd Cl A | | | | | Sold | 11/13 | K | D | |
| 60. -American Fds Fundamental Investors Fd Cl A MF | | | | | | | | | |
| 61. -American Fds Growth Fd of America Cl A MF | | | | | Sold | 11/13 | J | A | |
| 62. -American Fds Income Fd of America Fd Cl A MF | | | | | Sold | 11/13 | K | A | |
| 63. -American Fds Investment Co of America Fd Cl A MF | | | | | | | | | |
| 64. -American Fds New Perspective Fd Inc Cl A MF | | | | | Sold | 11/13 | K | E | |
| 65. -American Fds Washington Mutual Investors Fd Cl A MF | | | | | Sold | 11/13 | K | E | |
| 66. -American Fds US Government Securities Fd Cl A MF | | | | | Buy | 11/13 | M | | |
| 67. -JC Penney & Co BD | | | | | Redeemed | 08/15 | J | | |
| 68. -General Electric Capital Corp Med Term Notes | | | | | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F. | 04/17/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Ford Motor Credit Company Medium Term Notes | | | | | | | | | |
| 70. -International Bank For Reconstruction and Development | | | | | | | | | |
| 71. -Passport Money Market | | | | | | | | | |
| 72. First Interstate Bank Accts | A | Interest | J | T | | | | | |
| 73. New York Life Ins Policy Cash Value | B | Dividend | K | U | | | | | |
| 74. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F. | 04/17/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544